1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7
8

RANDALL E. ELLIS,                                 CV F 06-1360 OWW DLB HC

                              Petitioner,          ORDER DENYING PETITIONER'S MOTION
9                                                  FOR JUDICIAL NOTICE

10          v.                                     [Doc. 9]

11   D. ADAMS,

12                              Respondent.
                                              /
13

14          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

15   pursuant to 28 U.S.C. § 2254.

16          Petitioner filed the instant petition for writ of habeas corpus on September 28, 2006.

17   Respondent filed a response to the petition on January 16, 2007, and Petitioner filed a traverse on

18   February 16, 2007.  (Court Docs. 5, 6.)

19          On July 18, 2007, Petitioner filed a request for judicial notice.  (Court Doc. 9.)  Petitioner

20   requests the Court to take judicial notice of "In Re Thomas Jeffrey No. 124366, Santa Clara

21   County Superior Court."  (Id.)  Petitioner contends that "The Court found Thomas Jeffrey's BPH

22   panel chaired by Susan Fisher, . . . give the appearance of inherent bias. . . ."  (Id.)

23          Petitioner does not provide what information he requests the Court to take judicial notice.

24   Nor does Petitioner provide a sufficient basis on which to take judicial notice.  Accordingly,

25   Petitioner's request for judicial notice is DENIED.

26          IT IS SO ORDERED.

27   **Dated:    September 20, 2007**              _____ **/s/ Dennis L. Beck** _____
                                                   UNITED STATES MAGISTRATE JUDGE
28

1